IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:23-cv-5-M-RN

| | |
|---|---|
| ALYSSA NOBRIGA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| LA KUMBALA LOUNGE & RESTAURANT, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

For the reasons set forth in the court's order [DE 50], Plaintiffs' motion for default judgment is GRANTED as follows:

1. Plaintiffs are entitled recover from Defendants, jointly and severally, damages in the amount of $990,000.00, plus costs and attorney's fees incurred prosecuting this action and interest thereon in accordance with applicable law, as calculated from the date of this judgment until the entire amount is paid;

2. Defendants are permanently ENJOINED from using any images from Plaintiffs in their advertising, including without limitation those images annexed to the complaint.

SO ORDERED this 11th day of June, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE